UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
PIKEVILLE

| | | |
|---|---|---|
| JOHN LEE COCKERHAM, JR., | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 7: 20-132-WOB |
| | ) | |
| v. | ) | |
| | ) | |
| KAREN CLAYTON, et al., | ) | **JUDGMENT** |
| | ) | |
| Defendants. | ) | |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

Consistent with the Memorandum Opinion and Order entered this date and pursuant to Rule 58 of the Federal Rules of Civil Procedure, it is **ORDERED** and **ADJUDGED** as follows:

1.      Plaintiff John Lee Cockerham, Jr.'s complaint [R. 7] is **DISMISSED WITH PREJUDICE**.

3.      Judgment is **ENTERED** in favor of the defendants.

4.      This is a **FINAL** and **APPEALABLE** Judgment and there is no just cause for delay.

This the 2nd day of November, 2020.



Signed By:
**William O. Bertelsman**
United States District Judge